THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Otis M. Robinson,       
Appellant.
 
 
 

Appeal From Charleston County
John M. Milling, Circuit Court Judge

Unpublished Opinion No. 2004-UP-175
Submitted January 29, 2004  Filed March 
 16, 2004

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda P. Hagler, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Ralph E. Hoisington, of Charleston; for Respondent.
 
 
 

 PER CURIAM:  Otis M. Robinson 
 was convicted of assault and battery of a high and aggravated nature (ABHAN) 
 and assaulting a police officer while resisting arrest.  Robinson was sentenced 
 to six years imprisonment for ABHAN and three years imprisonment for assaulting 
 a police officer while resisting arrest, with the sentences to run concurrently.  
 Pursuant to Anders v. California, 386 U.S. 738 (1967), Robinsons counsel 
 attached a petition to be relieved as counsel.  Robinson did not file a pro 
 se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Robinsons appeal and grant counsels 
 petition to be relieved.
 APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and KITTREDGE, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.